UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBRAHIM ADAM,<br><br>                      Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                      Respondent. | Case No. C18-1183 RAJ-BAT<br><br>**REPORT AND RECOMMENDATION** |

On August 13, 2018, petitioner filed a proposed 2254 habeas petition seeking relief from the conviction and sentence entered in King County case number 14-1-01208-6 SEA. Dkt. 1. This action should be TERMINATED as duplicative of the habeas petition filed on August 2, 2018, in case number C18-1183-RSL-MAT, and which is currently pending before the Honorable Robert S. Lasnik. If the Court adopts this recommendation, petitioner's motion to proceed in forma pauperis and motion to appoint counsel should be stricken as moot.

This Report and Recommendation is not an appealable order. Petitioner should therefore not file a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case. Objections limited to five pages may be filed no later than **September 19, 2018.** The Clerk should note the matter for **September 21, 2018**, as ready for the District Judge's consideration.

The failure to timely object may affect the right to appeal. The Clerk shall also provide a

REPORT AND RECOMMENDATION - 1

copy of this report and recommendation to petitioner.

DATED this 5th day of September, 2018.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2