UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IBRAHIM ADAMS,<br><br>                    Petitioner,<br><br>    v.<br><br>STATE OF WASHINGTON,<br><br>                    Respondent. | Case No. C18-1183-RAJ<br><br>**ORDER OF CLOSING CASE** |

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) The Clerk is directed to CLOSE the case, strike all pending motions and terminate the matter;

(3) The Clerk of Court is directed to send copies of this Order to plaintiff.

DATED this 31st day of October, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF CLOSING CASE - 1